# ELECTRONIC RECORD

**806-15**
**807-15**

COA # 02-14-00513-CR        OFFENSE: 21.11

STYLE: Karl Dean Jackson v. The State of Texas        COUNTY: Tarrant

COA DISPOSITION: AFFIRM        TRIAL COURT: 396th District Court

DATE: 06/25/15        Publish: NO        TC CASE #: 1319320D

## IN THE COURT OF CRIMINAL APPEALS

**806-15**
**807-15**

STYLE: Karl Dean Jackson v. The State of Texas        CCA #: 806-15 807-15

_APPELLANT'S_ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

_REFUSED_        JUDGE: _____

DATE: 08/26/2015        SIGNED: _____        PC: _____

JUDGE: _Per Curiam_        PUBLISH: _____        DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**